IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| CONSOL ENERGY INC., | § |
| | § No. 105, 2024 |
| Defendant Below, Appellant, | § |
| | § Court Below: Superior Court |
| v. | § of the State of Delaware |
| | § |
| STATE OF DELAWARE, *ex rel.* | § C.A. No. N20C-09-097 CCLD |
| KATHLEEN JENNINGS, Attorney | § |
| General of the State of Delaware, | § |
| | § |
| Plaintiff Below, Appellee. | § |
| | § |

Submitted: April 19, 2024
Decided: May 8, 2024

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## ORDER

After consideration of the notice and supplemental notices of appeal from interlocutory orders and the documents attached thereto, it appears to the Court that the appellant seeks an interlocutory appeal only if the Court accepts an interlocutory appeal in *State ex rel. Kathleen Jennings v. BP America Inc. et al.*, No. 54, 2024. Because the Court has refused the interlocutory appeal in No. 54, 2024, this appeal is also refused.

IT IS SO ORDERED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice